UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLES LEWIS, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:14-CV-3455-G (BH) |
| R. BURNES, Jail Administrator, FCI-Seagoville, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court.

The plaintiff, Charles Lewis, Jr. ("Lewis"), submitted a document the court construes as objections to the magistrate judge's recommendation. The clerk did not

enter the document on the case docket because Lewis failed to sign the document. FED. R. CIV. P. 11(a) ("Every pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name -- or by a party personally if the party is unrepresented. . . . The court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's contention."). Finding the contentions in the document frivolous, the court will not provide Lewis an opportunity to correct this omission.

For the reasons stated in the findings, conclusions, and recommendation of the United States Magistrate Judge, by separate judgment, the complaint will be **DISMISSED** with prejudice as frivolous under 28 U.S.C. §§ 1915(e)(2)(B) and § 1915A(b).

If the plaintiff files a notice of appeal, he must pay the $505.00 appellate filing fee or submit a motion to proceed *in forma pauperis* and a properly signed certificate of inmate trust account.

**SO ORDERED**.

February 13, 2015.

_____
**A. JOE FISH**
**Senior United States District Judge**